# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| JOSEPH LONNELL LEWIS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. CIV-14-513-R |
|  | ) |  |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, et al., | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell. Doc. No. 20. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's claims against the Oklahoma Department of Corrections are DISMISSED WITHOUT PREJUDICE and Plaintiff's claims against the Lawton Correctional Facility are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of October, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE